## NEW YORK SUPERIOR COURT — GENERAL TERM, OCTOBER, 1895.

### ISRAEL GERSTEIN, Respondent, *v.* ROBERT W. FISHER, Appellant.

APPEAL from order denying defendant's motion for leave to serve a supplemental answer to the complaint. See opinion below, 12 Misc. Rep. 211.

*Oscar H. Bogart* (*Hiram Ketchum*, of counsel), for appellant.

*Louis Steckler*, for respondent.

*Per Curiam.* The order appealed from should be affirmed on the opinion filed by the learned judge below. In view of the decisions in *Collins* v. *Hydorn*, 135 N. Y. 320, and *Furlong* v. *Banta*, 80 Hun, 248, the case of *Anderson* v. *Third Ave. R. R. Co.*, 9 Daly, 487, cannot be followed, and the decision of *Featherson* v. *Newburgh & C. Turnpike Co.*, 24 N. Y. Supp. 603, has no application.

Order affirmed, with ten dollars costs and disbursements.

Present: FREEDMAN and McADAM, JJ.
Order affirmed, with ten dollars costs and disbursements.